JPML FORM 1A

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 893 -- In re Citicorp Securities Litigation

| Date | Ref. | Pleading Description |
|---|---|---|
| 91/05/08 | 1 | MOTION/MEMORANDUM, SCHEDULE OF ACTIONS (A-1 - A-5) -- Filed by plaintiffs J. Dolly Ciresi, Walter Ryan, Stanley Hershfang, Moise Katz, Citicorp, et al., SUGGESTED TRANSFEREE DISTRICT: SOUTHERN DISTRICT OF NEW YORK -- SUGGESTED TRANSFEREE JUDGE: ? -- w/cert. of svc. (received 05/08/91) (sg) |
| 91/05/20 | | APPEARANCE -- BERNARD GROSS, ESQ. for Citicorp, et al. (sg) |
| 91/05/22 | | APPEARANCE -- JULES BRODY, ESQ. for Stanley Hershfang; ROBERT HARWOOD, ESQ. for Moise Katz; JOSEPH T. MCLAUGHLIN, ESQ. for Citicorp, John S. Reed, Richard S. Braddock, Michael A. Callen, D. Wayne Calloway, Kenneth T. Derr, John M. Deutch, John W. Hanley, Donald V. Seibert, Frank A. Shrontz, Mario H. Simonsen, Lawrence M. Small, Roger B. Smith, Edgar S. Woolard, Jr., Thomas E. Jones (sg) |
| 91/05/28 | 2 | RESPONSE -- (to pldg. #1) Filed by defts. in all actions covered by this motion -- w/cert. of svc. (sg) |
| 91/05/28 | 3 | RESPONSE/MEMORANDUM -- (to pldg. #1) Filed by plfts. Stanley Hershfang & Moise Katz -- w/cert. of svc. (sg) |
| 91/06/04 | 4 | REQUEST FOR EXTENSION OF TIME TO FILE REPLY -- filed by pltfs. J. Dolly Ciresi, Walter Ryan, Stanley Hershfang, Moise Katz and Citicorp, et al. -- GRANTED TO AND INCLUDING JUNE 10, 1991 -- Notified involved counsel (ds) |
| 91/06/10 | 5 | REPLY MEMORANDUM -- pltfs. J. Dolly Ciresi and Walter Ryan w/cert. of svc. (ds) |
| 91/06/14 | | HEARING ORDER -- Setting motion to transfer for Panel Hearing on July 26, 1991 in Portland Maine (sg) |
| 91/06/28 | 6 | SUPPLEMENTAL INFORMATION -- filed by defts. Citicorp; Johns S. Reed; Richard S. Braddock; Michael A. Callen; D. Wayne Calloway; Kenneth T. Derr; John M. Deutch; John W. Hanley; Donald V. Seibert; Frank A. Shrontz; Mario H. Simonsen; Lawrence M. Small; Roger B. Smith; Edgar S. Woolard, Jr. and Thomas E. Jones w/svc. (ds) |
| 91/07/05 | 7 | SUPPLEMENTAL INFORMATION (re: pldg. #6) -- filed by movant w/svc. (ds) |

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 893 --

| Date | Ref. | Pleading Description |
|---|---|---|
| 91/07/15 | 8 | LETTER -- (regarding transfer of A-5) -- Signed by Kenneth A. Caruso counsel for Citicorp; John S. Reed; Richard S. Braddock; Michael A. Callen; D. Wayne Calloway; Kenneth T. Derr; John M. Deutch; John W. Hanley; Donald V. Seibert; Frank A. Shrontz; Mario H. Simonsen; Lawrence M. Small; Roger B. Smith; Edgar S. Woolard, Jr. and Thomas E. Jones -- w/cert. of svc. (rh) |
| 91/07/24 | | ~~ORDER DEEMING MOTION MOOT AND VACATING THE JULY 26, 1991 HEARING -- Notified involved clerks, judges, counsel and misc. recipients (sg)~~ |
| 91/07/24 | 9 | ORDER -- From the Eastern District of Pennsylvania signed by Judge Cahn. (sg) |
| 91/07/24 | | ORDER DEEMING MOTION MOOT AND VACATING THE JULY 26, 1991 HEARING -- Notified involved clerks, judges, counsel and misc. recipients (sg) |

JPML Form 1  
Revised: 8/78

DOCKET NO. 893 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: In re Citicorp Securities Litigation

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | July 24, 1991 | MO | Unpublished | | | |

Special Transferee Information

DATE CLOSED: July 24, 1991

JPML FORM 1

LISTING OF INVOLVED ACTIONS

DOCKET NO. 893 -- In re Citicorp Securities Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | J. Dolly Ciresi v. Citicorp, et al. | N.Y.,S. Owen | 90-Civ-3374 | | | | |
| A-2 | Walter Ryan v. Citicorp, et al. | N.Y.,S. Owen | 90-Civ-0071 | | | | |
| A-3 | Stanley Hershfang v. Citicorp, et al. | N.Y.,S. Mukasey | 90-Civ-8178 | | | 6/24/91 D | |
| A-4 | Moise Katz v. Citicorp, et al. | N.Y.,S. Mukasey | 91-Civ-715 | | | 6/24/91 D | |
| A-5 | Citicorp, et al. v. John S. Reed, et al. | Pa.,E. Cahn | 91-1369 | | | | |

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 893 -- In re Citicorp Securities Litigation

===================================================================

| | |
|---|---|
| J. DOLLY CIRESI   (A-1) **(No App. Rec'd)** Richard D. Greenfield, Esq. Brenda M. Nelson, Esq. Michael D. Gottsch, Esq. One Haverford Centre Haverford, PA   19041 | CITICORP JOHN S. REED RICHARD S. BRADDOCK MICHAEL A. CALLEN D. WAYNE CALLOWAY KENNETH T. DERR JOHN M. DEUTCH JOHN W. HANLEY |
| WALTER RYAN   (A-2) **(No App. Rec'd)** Clinton Krislov, Esq. Krislov & Associates, Ltd. 330 West Wacker Drive Suite 2600 Chicago, Illinois   60606 | DONALD V. SEIBERT FRANK A. SHRONTZ MARIO H. SIMONSEN LAWRENCE M. SMALL ROGER B. SMITH EDGAR S. WOOLARD, JR. THOMAS E. JONES |
| STANLEY HERSHFANG   (A-3) Jules Brody, Esq. Stull, Stull & Brody 6 East 45th Street New York, New York   10017 | Joseph T. McLaughlin, Esq. Kenneth A. Caruso, Esq. Lawrence Slattery, Esq. Shearman & Sterling Citicorp Center 153 E. 53rd Street New York, NY   10022 |
| MOISE KATZ   (A-4) Robert Harwood, Esq. Wechsler, Skirnick, Harwood, Halebian & Feffer 555 Madison Avenue New York, New York   10022 | |
| CITICORP, ET AL.   (A-5) Bernard Gross, Esq. Gross & Metzger, P.C. 1500 Walnut Street 6th Floor Philadelphia, PA   19102 | |

JPML FORM 3

p. 1

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 893 -- In re Citicorp Securities Litigation

| Name of Party | Named as Party in Following Actions |
|---|---|
| Citicorp | A-1 - A-4 |
| John S. Reed | A-1 - A-5 |
| Richard S. Braddock | A-1, A-2, A-5 |
| Michael A. Callen | A-1, A-2, A-5 |
| D. Wayne Calloway | A-1, A-2, A-5 |
| Kenneth T. Derr | A-1, A-2, A-5 |
| John M. Deutch | A-1, A-2, A-5 |
| John W. Hanley | A-1, A-2, A-5 |
| Donald V. Seibert | A-1, A-2, A-5 |
| Frank A. Shrontz | A-1, A-2, A-5 |
| Mario H. Simonsen | A-1, A-2, A-5 |

p. 2

| | |
|---|---|
| Lawrence M. Small | A-1, A-2, A-5 |
| Roger B. Smith | A-1, A-2, A-5 |
| Edgar S. Woolard, Jr. | A-1, A-2, A-5 |
| Thomas E. Jones | A-1 - A-5 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |