JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

JUL 24 91

PATRICIA D. HOWARD
CLERK OF THE PANEL

DOCKET NO. 893

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE CITICORP SECURITIES LITIGATION

### ORDER DEEMING MOTION MOOT AND VACATING THE JULY 26, 1991 HEARING

This matter is before the Panel on motion of plaintiffs in two actions pending in the Southern District of New York to centralize all actions on the attached Schedule A in the Southern District of New York, pursuant to 28 U.S.C. §1407, for coordinated or consolidated pretrial proceedings. By letter dated July 9, 1991, the Citicorp defendants notified the Panel that their motion to transfer, under 28 U.S.C. §1404(a), the action pending in the Eastern District of Pennsylvania to the Southern District of New York had been granted.

IT IS THEREFORE ORDERED that the Section 1407 motion in the above-captioned litigation is DEEMED MOOT.

IT IS FURTHER ORDERED that the Hearing Order and the attached Schedule filed on June 14, 1991, be, and the same hereby are, VACATED insofar as they relate to this litigation.

FOR THE PANEL:

John F. Nangle
Chairman

## SCHEDULE A

### MDL-893 -- In re Citicorp Securities Litigation

#### Southern District of New York

J. Dolly Ciresi v. Citicorp, et al., C.A. No. 90-Civ-3374
Walter Ryan v. Citicorp, et al., C.A. No. 90-Civ-0071
Stanley Hershfang v. Citicorp, et al., C.A. No. 90-Civ-8178
Moise Katz v. Citicorp, et al., C.A. No. 91-Civ-715

#### Eastern District of Pennsylvania

Citicorp, et al. v. John S. Reed, et al., C.A. No. 91-1369